UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMEER RIAZ AZAM,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER M. JOHNSON; et al.,<br><br>        Defendants.<br>                                                              / | No. C 05-1858 MHP (pr)<br><br>**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT FOR APPOINTMENT OF COUNSEL** |

Zameer Riaz Azam filed this pro se prisoner civil rights action under 42 U.S.C. § 1983. The court has denied defendants' motion for summary judgment. It appears to be in the interest of justice to appoint counsel to represent plaintiff in this action.

IT IS HEREBY ORDERED that plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the court file, and (c) a notice of referral of this action.

(2) Upon an attorney being located to represent plaintiff, that attorney will be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action or other order of the court.

IT IS SO ORDERED.

Dated: March 11, 2008

Marilyn Hall Patel
United States District Judge