UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAMEER RIAZ AZAM,

    Plaintiff,

    v.

OFFICER M. JOHNSON; et al.,

    Defendants.
    /

No. C 05-1858 MHP (pr)

**ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE**

    The plaintiff having requested counsel to assist him in this matter, and volunteer attorneys willing to be appointed to represent plaintiff having been located by the court, the court now appoints attorneys Ashok Ramani, Brook Dooley, and Jennifer Huber, and the law firm of Keker & Van Nest, LLP, as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The stay imposed in the court's March 12, 2008 order will remain in place until August 22, 2008, to afford newly appointed counsel time to become familiar with the case and contact the client.

    A case management conference will be held at **3:00 p.m.** on **September 22, 2008**. The parties shall file a joint case management conference statement no later than one week prior to the date set for the case management conference.

    Plaintiff's motion for a stay is GRANTED, with the stay to last until August 22, 2008, as mentioned earlier in this order. (Docket # 32.) Plaintiff's motion for appointment of counsel is GRANTED. (Docket # 36.)

    IT IS SO ORDERED.

Dated: July 22, 2008

_____
Marilyn Hall Patel
United States District Judge