KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
BROOK DOOLEY - #230423
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
ZAMEER RIAZ AZAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMEER RIAZ AZAM,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER M. JOHNSON,<br><br>    Defendant. | Case No. C-05-1858-MHP (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE REBUTTAL EXPORT REPORT**<br><br>Dept:    Courtroom 15, 18th Floor<br><br>Judge:   Hon. Marilyn Hall Patel<br><br>Trial Date: February 17, 2009 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE REBUTTAL EXPORT REPORT
CASE NO. C-05-1858-MHP (PR)

433410.01

1    Pursuant to Local Rules 6-2 and 7-12 of the Northern District of California, it is hereby
2 stipulated and agreed by Plaintiff Zameer Riaz Azam and Defendant Mark Johnson, by and
3 through their attorneys, as follows:
4    WHEREAS, by Order dated September 22, 2008, the Court set the date for expert
5 disclosure on December 12, 2008, and the date for rebuttal expert disclosure on January 5, 2009;
6    WHEREAS, Defendant Mark Johnson's expert witness disclosure listed Captain David
7 Pascoe as a non-retained expert;
8    WHEREAS, Defendant Mark Johnson did not serve a Rule 26(a)(2)(B) expert report for
9 Captain Pascoe;
10    WHEREAS, Captain Pascoe had a pre-planned vacation set for the two weeks prior to
11 January 5, 2009, and was thus not available for deposition during that time; and
12    WHEREAS, Captain Pascoe is available for deposition on January 8, 2009, and will be
13 deposed by Plaintiff's counsel on that date;
14    IT IS HEREBY STIPULATED that Plaintiff shall have until January 16, 2009, to serve a
15 rebuttal expert report with respect to Captain Pascoe's expert opinions.  Plaintiff's counsel will
16 serve its rebuttal expert report with respect to Captain Pascoe's expert opinions on Defendant's
17 counsel by electronic mail on January 16, 2009.  Plaintiff will produce his expert for deposition
18 regarding rebuttal reports on January 21, 2009.

19 Dated:  December 31, 2008                                KEKER & VAN NEST, LLP

21                                                                          By:  */s/ Brook Dooley*
22                                                                                BROOK DOOLEY
                                                                                   Attorneys for Plaintiff
                                                                                   ZAMEER RIAZ AZAM
23

24 Dated:  December 31, 2008                                COUNTY OF CONTRA COSTA

26                                                                          By:  */s/ Monika L. Cooper*
                                                                                   MONIKA L. COOPER
27                                                                                Attorneys for Defendant
                                                                                   MARK JOHNSON
28

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE REBUTTAL
EXPORT REPORT
CASE NO. C-05-1858-MHP (PR)

433410.01

1   I, Brook Dooley, am the ECF user whose ID and password are being used to file this
2   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.  In compliance with
3   General Order 45, X.B., I hereby attest that Monica L. Cooper has concurred in this filing.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  January _5_, 2009.



The Honorable Marilyn Hall Patel
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE REBUTTAL
EXPORT REPORT
CASE NO. C-05-1858-MHP (PR)

433410.01