KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
BROOK DOOLEY - #230423
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, CA  94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
ZAMEER RIAZ AZAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMEER RIAZ AZAM,<br><br>            Plaintiff,<br><br>     v.<br><br>OFFICER M. JOHNSON,<br><br>            Defendant. | Case No. C-05-1858-MHP (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SUBMISSIONS**<br><br>Dept:     Courtroom 15, 18th Floor<br>Judge:    Hon. Marilyn Hall Patel<br>Trial Date: February 17, 2009 |

1   Pursuant to Local Rules 6-2 and 7-12 of the Northern District of California, it is hereby
2 stipulated and agreed by Plaintiff Zameer Riaz Azam and Defendant Mark Johnson, by and
3 through their attorneys, as follows:
4   WHEREAS, by Order dated September 22, 2008, the Court set the date for pretrial
5 submissions to be filed by November 25, 2009;
6   WHEREAS, also by Order dated September 22, 2008, the Court set the date of the
7 pretrial conference for February 5, 2009 and trial for February 17, 2009.
8   WHEREAS, the date set for the filing of pretrial submissions falls after the dates set for
9 the pretrial conference and trial in this case;
10   WHEREAS, the Court's Trial Requirements do not set a filing deadline for the parties'
11 oppositions to any motions in limine filed with pretrial submissions;
12   IT IS HEREBY STIPULATED that the parties' pretrial submissions shall be filed by
13 January 26, 2009.
14   IT IS HEREBY FURTHER STIPULATED that the parties' objections to motions in
15 limine shall be filed by February 2, 2009.

Dated:  January 13, 2009            KEKER & VAN NEST, LLP


                                    By:  */s/ Jennifer Huber*
                                         JENNIFER HUBER
                                         Attorneys for Plaintiff
                                         ZAMEER RIAZ AZAM


Dated:  January 13, 2009            COUNTY OF CONTRA COSTA


                                    By:  */s/ Monika Cooper*
                                         MONIKA L. COOPER
                                         Attorneys for Defendant
                                         MARK JOHNSON

433641.02

1
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SUBMISSIONS
CASE NO. C-05-1858-MHP (PR)

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation, IT IS SO ORDERED.

3

4  Dated: January 13, 2009.



5  The Honorable Marilyn H. Patel
   United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SUBMISSIONS
CASE NO. C-05-1858-MHP (PR)

433641.02