```
KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
BROOK DOOLEY - #230423
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
ZAMEER RIAZ AZAM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZAMEER RIAZ AZAM,<br><br>           Plaintiff,<br><br>     v.<br><br>OFFICER M. JOHNSON,<br><br>           Defendant. | Case No. C-05-1858-MHP (PR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE CONTRA COSTA COUNTY OFFICE OF THE SHERIFF-CORONER**<br><br>Date:   January 12, 2009<br>Time:   2:00 p.m.<br>Dept:   Courtroom 15, 18th Floor<br>Judge:  Hon. Marilyn Hall Patel<br><br>Trial Date: February 17, 2009 |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM THE CONTRA COSTA COUNTY OFFICE OF THE SHERIFF-CORONER
CASE NO. C-05-1858-MHP (PR)

434088.02
434236.01

1   This matter came before the Court on Plaintiff Zameer Riaz Azam's Motion to Compel
2 Production of Documents from Contra Costa County Office of the Sheriff-Coroner.  Having
3 considered the papers, the declarations on file, the arguments of counsel, and the case record, the
4 Court hereby ORDERS as follows:

5   Pursuant to the Stipulated Protective Order filed November 19, 2008, the Contra Costa
6 Office of the Sheriff-Coroner ("Sheriff") is ordered to produce any and all records pertaining to
7 complaints or issues of the credibility of Defendant Officer Mark Johnson, and Officers Martin
8 Echelmeier and Allen Molien, including Internal Affairs records, personnel files, and testimony,
9 going back not to exceed five years from October 29, 2003 and going forward from October 29,
10 2003, to the present date.  The term "credibility" is to be interpreted broadly.  Where questions
11 arise as to whether documents should be produced, the Sheriff will produce them.

12   The Sheriff is further ordered to produce any and all records concerning Defendant
13 Officer Mark Johnson pertaining to complaints or issues regarding his treatment of persons taken
14 into custody, lawfulness of detentions or arrests, and protective orders or violations of protective
15 orders, including Internal Affairs records and personnel files.  The Sheriff shall produce all such
16 records concerning Officer Johnson going back not to exceed five years from October 29, 2003,
17 and going forward to the present date.

18   The documents identified herein shall be produced on an Attorneys' Eyes Only basis and
19 shall governed by the November 19, 2008 Protective Order in this matter.  Plaintiff's counsel
20 may further disclose these documents only to a single retained investigator subject to the
21 Protective Order in this matter.

22

23 Dated:  January  15 , 2009



2

434088.02

434236.01

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM THE CONTRA COSTA COUNTY OFFICE OF THE SHERIFF-CORONER
CASE NO. C-05-1858-MHP (PR)