1  KEKER & VAN NEST, LLP
   ASHOK RAMANI - #200020
2  BROOK DOOLEY - #230423
   JENNIFER A. HUBER - #250143
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  ZAMEER RIAZ AZAM

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ZAMEER RIAZ AZAM, | Case No. C-05-1858-MHP (pr) |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327** |
| 13 | v. | |
| 14 | OFFICER M. JOHNSON, | |
| 15 | Defendant. | Dept:     Courtroom 15, 18th Floor |
| 16 | | Judge:    Hon. Marilyn Hall Patel |
| 17 | | Trial Date: February 17, 2009 |

434649.01

STIPULATION AND [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO
TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

1    Pursuant to Civil Local Rule 7-12, Plaintiff Zameer Riaz Azam and Defendant Mark
2    Johnson hereby stipulate as follows:
3    WHEREAS Plaintiff ZAMEER RIAZ AZAM, CDCR No. V59327, a necessary and
4    material witness in proceedings in this case beginning on February 17, 2009, at 8:30 a.m., is
5    confined at Folsom State Prison in the custody of the Warden Michael S. Evans;
6    WHEREAS in order to secure this inmate's attendance at the trial scheduled for February
7    17-20, 2009 in Courtroom 15 of the United States District Court for the Northern District of
8    California (and any additional deliberation time), it is necessary that a Writ of Habeas Corpus ad
9    Testificandum issue commanding the custodian of Zameer Riaz Azam, CDCR No. V59327, to
10   produce said inmate in Courtroom 15 of the United States District Courthouse, 450 Golden Gate
11   Avenue, San Francisco, California 94102, the Honorable Marilyn Hall Patel presiding, beginning
12   on February 17, 2009, at 8:30 a.m. and at all subsequent trial days beginning at 8:30 a.m.; and
13   WHEREAS in order to allow this inmate and his counsel adequate time to prepare for
14   trial, the Warden of Folsom State Prison should be ordered to move the inmate to the closest
15   available prison to the San Francisco Division of this Court no later than February 12, 2009.
16   ACCORDINGLY, THE PARTIES STIPULATE TO THE FOLLOWING:
17   1.    That the Court enter a Writ of Habeas Corpus ad Testificandum, under the seal of
18   this Court, commanding the Warden of Folsom State Prison and the California Department of
19   Corrections and Rehabilitation to produce inmate Zameer Riaz Azam, CDCR No. V59327, to
20   testify in the United States District Court for the Northern District of California at the time and
21   place above, and from day to day until completion of court proceedings or as ordered by the
22   Court, and thereafter to return the inmate to the above institution;
23   2.    That the Court order the Warden of Folsom State Prison to notify the Court of any
24   change in custody of Zameer Riaz Azam, CDCR No. V59327, and to provide the new custodian
25   with a copy of this writ;
26   3.    That the Court order the Warden of Folsom State Prison to move Zameer Riaz
27   Azam, CDCR No. V59327, to the closest available prison to the San Francisco Division of this
28   Court no later than February 12, 2009; and

434649.01

1
STIPULATION AND [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO
TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

4. That the Court enter the Proposed Order attached hereto.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 22, 2009 | KEKER & VAN NEST, LLP |
| | By: */s/ Brook Dooley*<br>BROOK DOOLEY<br>Attorneys for Plaintiff<br>ZAMEER RIAZ AZAM |
| Dated: January 22, 2009 | COUNTY OF CONTRA COSTA |
| | By: */s/ Monika L. Cooper*<br>MONIKA L. COOPER<br>Attorneys for Defendant<br>MARK JOHNSON |

I, Brook Dooley, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327. In compliance with General Order 45, X.B., I hereby attest that Monika L. Cooper has concurred in this filing.

| | |
|---|---|
| Dated: January 22, 2009 | KEKER & VAN NEST, LLP |
| | By: */s/ Brook Dooley*<br>BROOK DOOLEY<br>Attorneys for Plaintiff<br>ZAMEER RIAZ AZAM |

2

STIPULATION AND [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

434649.01

1  KEKER & VAN NEST, LLP
   ASHOK RAMANI - #200020
2  BROOK DOOLEY - #230423
   JENNIFER A. HUBER - #250143
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  ZAMEER RIAZ AZAM

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ZAMEER RIAZ AZAM,              | Case No. C-05-1858-MHP (pr)
12 |             Plaintiff,          | [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD
13 |     v.                          | TESTIFICANDUM TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM,
14 | OFFICER M. JOHNSON,             | CDCR NO. V59327
15 |             Defendant.          | Dept:    Courtroom 15, 18th Floor
16                                     Judge:   Hon. Marilyn Hall Patel
17                                     Trial Date: February 17, 2009

434651.01

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

Plaintiff Zameer Riaz Azam, CDCR No. V59327, a necessary and material witness in proceedings in this case beginning on February 17, 2009, at 8:30 a.m., is confined at Folsom State Prison in the custody of Warden Michael S. Evans.  In order to secure this inmate's attendance at the trial scheduled for February 17-20, 2009, in Courtroom 15 of the United States District Court for the Northern District of California (and any additional deliberation time), it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of Zameer Riaz Azam, CDCR No. V59327, to produce said inmate in Courtroom 15 of the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California 94012, the Honorable Marilyn Hall Patel presiding, beginning on February 17, 2009, at 8:30 a.m. and at all subsequent trial days beginning at 8:30 a.m.  In order to allow this inmate and his counsel adequate time to prepare for trial, this inmate should be moved to the closest available prison to the San Francisco Division of this Court no later than February 12, 2009.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Folsom State Prison and the California Department of Corrections and Rehabilitation to produce inmate Zameer Riaz Azam, CDCR No. V59327, to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution;

2. The Warden of Folsom State Prison is ordered to notify the Court of any change in custody of Zameer Riaz Azam, CDCR No. V59327, and is ordered to provide the new custodian with a copy of this writ; and

3. The Warden of Folsom State Prison is ordered to move Zameer Riaz Azam, CDCR No. V59327, to the closest available prison to the San Francisco Division of this Court no later than February 12, 2009.

//
//
//

1

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

434651.01

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   The Warden of Folsom State Prison,

YOU ARE COMMANDED to produce inmate Zameer Riaz Azam, CDCR No. V59327, to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

FURTHER, you are ordered to notify the Court of any change in custody of Zameer Riaz Azam, CDCR No. V59327, and to provide the new custodian with a copy of this writ.

FURTHER, you are ordered to move Zameer Riaz Azam, CDCR No. V59327, to the closest available prison to the San Francisco Division of this Court no later than February 12, 2009.

IT IS SO ORDERED.

Dated:   February 5, 2009



_____
Judge Marilyn H. Patel

2
[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

434651.01