KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
BROOK DOOLEY - #230423
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
ZAMEER RIAZ AZAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMEER RIAZ AZAM,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICER M. JOHNSON,<br><br>          Defendant. | Case No. C-05-1858-MHP (pr)<br><br>[PROPOSED] ORDER RE TRIAL AUDIO-VISUAL EQUIPMENT<br><br>Date:     February 17, 2009<br>Time:     8:30 a.m.<br>Dept:     Courtroom 15, 18th Floor<br>Judge:    Hon. Marilyn Hall Patel<br><br>Trial Date: February 17, 2009 |

1   TO ALL PARTIES AND ATTORNEYS OF RECORD:

2   IT IS HEREBY ORDERED that Plaintiff Zameer Riaz Azam, through his counsel of
3   record, Keker & Van Nest, LLP, their support staff, and vendors assisting such counsel, may
4   bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California,
5   and set up in the courtroom of the Honorable Marilyn Hall Patel, certain equipment and materials
6   for purposes of facilitating demonstrative exhibits for use in the above-captioned action
7   scheduled to commence on February 17, 2009 and continuing from day to day thereafter.  The
8   equipment and materials shall include exhibit boards, projector, screen, network equipment,
9   laptop computers, small carts and an ELMO machine.

10   Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow
11   and to take such steps as are reasonably necessary to facilitate the foregoing activity.

12   IT IS SO ORDERED.

14   Dated:  February 17, 2009

16   By: _____
    HON. MARILYN HALL PATEL
17   United States District Judge

