SILVANO B. MARCHESI (SBN 42965)
County Counsel
MONIKA L. COOPER (SBN 193729)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: mcoop@cc.cccounty.us

Attorneys for Defendant MARK JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMEER RIAZ AZAM<br><br>Plaintiff,<br><br>v.<br><br>OFFICER M. JOHNSON, SAN RAMON POLICE DEPARTMENT,<br><br>Defendants. | No.  C 05 1858 (MHP) (PR)<br><br>[~~PROPOSED~~] ORDER ALLOWING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO FEDERAL COURTHOUSE FOR USE AT TRIAL |

Good Cause Appearing, IT IS HEREBY ORDERED that counsel for defendant Mark Johnson, including counsel's support staff assisting such counsel, may bring the following equipment into the courthouse for use at trial: laptop computers; projector, screen and network equipment.

IT IS SO ORDERED.

Date: Feb. 17, 2009

_____
MARILYN H. PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*