KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
BROOK DOOLEY - #230423
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
ZAMEER RIAZ AZAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZAMEER RIAZ AZAM, | Case No. C-05-1858-MHP (pr) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327** |
| v. | |
| OFFICER M. JOHNSON, | |
| Defendant. | Dept:     Courtroom 15, 18th Floor |
| | Judge:    Hon. Marilyn Hall Patel |
| | Trial Date: February 18, 2009 |

434651.01

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

1   Plaintiff Zameer Riaz Azam, CDCR No. V59327, a necessary and material witness in
2 proceedings in this case beginning on February 18, 2009, at 8:30 a.m., is confined at San Quentin
3 Prison in the custody of Warden Robert Wong.  In order to secure this inmate's attendance at the
4 trial scheduled to begin February 18, 2009, in Courtroom 15 of the United States District Court
5 for the Northern District of California, it is necessary that a Writ of Habeas Corpus ad
6 Testificandum issue commanding the custodian of Zameer Riaz Azam, CDCR No. V59327, to
7 produce said inmate in Courtroom 15 of the United States District Courthouse, 450 Golden Gate
8 Avenue, San Francisco, California 94012, the Honorable Marilyn Hall Patel presiding, beginning
9 on February 18, 2009, at 8:30 a.m. and at all subsequent trial days beginning at 8:30 a.m.

10   ACCORDINGLY, IT IS ORDERED that a Writ of Habeas Corpus ad Testificandum
11 issue, under the seal of this court, commanding Robert Wong, the Warden of San Quentin
12 Prison, and the California Department of Corrections and Rehabilitation, to produce inmate
13 Zameer Riaz Azam, CDCR No. V59327, to testify in the United States District Court for the
14 Northern District of California at the time and place above, and from day to day until completion
15 of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above
16 institution.

17

18   **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
19 To:   The Warden of San Quentin Prison,
20   YOU ARE COMMANDED to produce inmate Zameer Riaz Azam, CDCR No. V59327,
21 to testify in the United States District Court for the Northern District of California at the time and
22 place above, and from day to day until completion of court proceedings or as ordered by the
23 Court, and thereafter to return the inmate to the above institution.
24   IT IS SO ORDERED.
25   Dated:   February 17, 2009
26
27   _____
28   The Honorable Marilyn Hall Patel
    United States District Judge

1

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF ZAMEER RIAZ AZAM, CDCR NO. V59327
CASE NO. C-05-1858-MHP (pr)

434651.01