IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZAMEER RIAZ AZAM,           No. CV 05-01858 MHP

    Plaintiff,

  v.          **JUDGMENT IN A CIVIL CASE**

OFFICER M. JOHNSON et al,

    Defendant.
                                             /

    **(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, and that plaintiff takes nothing in this action.

Dated: 3/12/2009          Richard W. Wieking, Clerk

         By: <u>Anthony W Bowser</u>
         <u>Deputy Clerk</u>